IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| Ronald D. Smith, Roger D. Smith, and Dianne C. Smith,<br><br>    Plaintiffs,<br><br>vs.<br><br>American General Life Insurance Company,<br><br>    Defendant. | Civil Action No. 4:18-cv-00469-DCC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE PARTIES HEREBY STIPULATE AND AGREE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein are hereby DISMISSED, with prejudice.

THE PARTIES FURTHER STIPULATE AND AGREE that each party shall be responsible for its own costs and attorneys' fees.

| *WE SO STIPULATE*: | *WE SO STIPULATE*: |
|---|---|
| BARTH, BALLENGER & LEWIS, LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: *s/Nicholas W. Lewis*<br> Nicholas W. Lewis<br> Federal Bar No. 9785<br> P.O. Box 107<br> Florence, SC 29503<br> (843) 662-6301 | By: *s/D. Larry Kristinik*<br> D. Larry Kristinik<br> Federal Bar No. 5744<br> Post Office Box 11079<br> Columbia, SC 29211<br> (803) 799-2000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Columbia, South Carolina
October 19, 2018